AO91 (Rev 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

U.S. MAGISTRATE COURT
MCN – SDTX
FILED
OCT 2 5 2004

Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA
V.

/Mitchell GARCIA - DOB (09/03/1982)
4107 Totem Pole
Laredo, Texas 78045
See Attachment A
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:

L04 – 10273 M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __October 22, 2004__ In __Webb__ County, in the __Southern__ District of __Texas__ Defendant(s) did,
(Date)

*(Track Statutory Language of Offense)*

Knowingly, willfully and unlawfully import from a place outside the United States, to wit; the Republic of Mexico to a place in the United States, to wit; Laredo, Texas, a controlled substance listed under Schedule II, of the Controlled Substance Act, to wit; approximately 58.8 kilograms, gross weight, of cocaine. Furthermore, the defendant(s) did knowingly and unlawfully possessed with intent to distribute the above listed marijuana,

in violation of Title __21__ United States Code, Section(s) __952; 841(a)(1)__ .

I further state that I am a(n) __Special Agent, U.S./ICE__ And that this complaint is based on the following facts:
Official Title

SEE ATTACHMENT A

Continued on the attached sheet and made a part of this complaint: X Yes ☐ No

Signature of Complainant

Argelia A. Juarez
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 25, 2004                     At   Laredo, Texas
Date                                       City and State

Marcel C. Notzen, U. S. Magistrate Judge
Name and Title of Judicial Officer         Signature of Judicial Officer

# "ATTACHMENT A"

I am a Special Agent of Immigration and Customs Enforcement (ICE) and I have knowledge of the following facts:

1. On October 22, 2004, Mitchell GARCIA entered the United States via the Laredo, Texas, International Bridge I, driving a 1989 Chevrolet Pick-Up bearing TXUS/95SRV1

2. During a primary inspection conducted by a United States Customs and Border Protection (CBP) officer, GARCIA gave a negative declaration and stated that he was the owner of the vehicle. During this interaction, a narcotic detector canine positively alerted to the odor of narcotics emanating from the side panels of the vehicle. The CBP officer referred GARCIA for a Customs secondary inspection.

3. Secondary inspection of the vehicle revealed 49 bundles of a white powdery substance, which field-tested positive for cocaine. The cocaine had an approximate weight of 58.8 kilograms.

4. GARCIA was read the Miranda Warning in the English Language. GARCIA waived his rights and agreed to answer questions. GARCIA stated he was going to get paid one hundred dollars ($100.00) to drive the aforementioned vehicle into the United States. GARCIA stated he was responsible for what happened and he knew he had made a bad choice.

5. Federal prosecution was accepted for GARCIA. ICE Special Agents arrested GARCIA and subsequently transported him to the Webb County Detention Center, Laredo, Texas.